LIVENGOOD *v.* THE BOARD OF COMMISSIONERS OF VERMILLION COUNTY.

COUNTY CLERK.—*Fees in Criminal Actions.*—A county is not liable to the clerk of its circuit court for services rendered by him as clerk in a criminal prosecution in which the defendant is acquitted on trial or discharged by the entry of a *nolle prosequi.*

APPEAL from the Vermillion Circuit Court.

ELLIOTT, J.—This is a claim against Vermillion county filed by the appellant, for services rendered by him as clerk of the circuit court, in criminal prosecutions in which the

defendants were acquitted on trial, or in which they were discharged by the entry of *nolle prosequi.*

In the circuit court a demurrer was sustained to the cause of action.

The ruling was correct, and in accordance with the decision of this court in the case of *The Commissioners of Morgan County* v. *Johnson*, at this term. 31 Ind. 463.

The judgment is affirmed, with costs.

*W. Egleston, J. S. Harvey, A. G. Porter, B. Harrison*, and *W. P. Fishback*, for appellant.

*B. E. & M. G. Rhoads, J. E. McDonald, A. L. Roache*, and *E. M. McDonald*, for appellee.